IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Equal Rights Center )<br>)<br>         Plaintiff, )<br>)<br>v. )<br>)<br>Trammell Crow Residential )<br>Company )<br>)<br>         Defendant. )<br>) | Civil No. 1:07-cv-01231 (PLF) |

### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Plaintiff The Equal Rights Center, by counsel, and pursuant to Rule 83.2 of the Rules Governing Attorney Admission, moves this Court to enter the order tendered herewith entering Monica M. Welt of the firm Crowell & Moring LLP, 1001 Pennsylvania Avenue NW, Washington, DC 20004, as co-counsel of record for the Plaintiff. In support of this motion, the undersigned submits herewith the Declaration of Monica M. Welt (Exhibit 1).

                                        Respectfully submitted,

Dated: July 18, 2007                    /s/ Peter B. Work
                                        Peter B. Work (DC Bar # 33654)
                                        Crowell & Moring LLP
                                        1001 Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20004-2595
                                        (202) 624-2500
                                        (202) 628-5116 (fax)

                                        Counsel for Plaintiff The Equal Rights Center

IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| The Equal Rights Center<br><br>    Plaintiff,<br><br>v.<br><br>Trammell Crow Residential Company.<br><br>    Defendant. | Civil No. 1:07-cv-01231 (PLF) |

## ORDER

UPON CONSIDERATION of the Motion to Admit Counsel *Pro Hac Vice* of Plaintiff, The Equal Rights Center, and this Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Monica M. Welt of the firm Crowell & Moring LLP, 1001 Pennsylvania Avenue, NW, Washington, DC 2004, shall be and hereby is admitted to practice before this Court in connection with the above-captioned matter as co-counsel for Plaintiff.


Dated:_____        _____

                                Judge, United States District Court for District of Columbia

Copies to:

Peter B. Work
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500
(202) 628-5116 (fax)
Counsel for Plaintiff The Equal Rights Center

Don Kahl
Washington Lawyers' Committee
for Civil Rights & Urban Affairs
11 Dupont Circle NW, Suite 400
Washington, DC 20036
(202) 319-1000
Counsel for Plaintiff The Equal Rights Center

Mr. J. Ronald Terwillinger, CEO
Trammell Crow Residential Company
Two Buckhead Plaza
3050 Peachtree Road, N.W.
Suite 500
Atlanta, GA 30305

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 18th day of July, I caused copies of the foregoing Motion to Admit Counsel *Pro Hac Vice*, Declaration of Monica M. Welt, Esq., and Certificate of Service to be delivered via first class mail, postage pre-paid, to the following individuals:

Mr. J. Ronald Terwillinger, CEO
Trammell Crow Residential Company
Two Buckhead Plaza
3050 Peachtree Road, N.W.
Suite 500
Atlanta, GA 30305

_____
Tiffany T. Tucker

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Equal Rights Center )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Trammell Crow Residential )<br>Company )<br>)<br>Defendant. )<br>) | Civil No. 1:07-cv-01231 (PLF) |

## DECLARATION IN SUPPORT OF MOTION
## TO ADMIT MONICA M. WELT *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules Governing Admission to the Bar of this Court, I hereby declare that:

1. I, Monica Marie Welt, am an associate in the law firm of Crowell & Moring LLP, 1001 Pennsylvania Avenue NW, Washington, DC 20004, which has been retained as counsel for the Plaintiff in this case. My phone number is 202-624-2500.

2. I am licensed to practice law in the state of New York (Bar ID 4028825) and in the District of Columbia (Bar ID Number 481794). I was admitted to practice in the state of New York in 2002 and in the District of Columbia in 2003.

3. I am a member in good standing of the state of New York and the District of Columbia bars. I am not now, nor have I ever been, subject to discipline by the New York bar, the District of Columbia bar, or by any other bar.

4. Within the past two years, I have been admitted *pro hac vice* in this Court one time. The case number in which I have been admitted is 1:07-cv-01008.

5. As to all matters arising during or pertaining to the above-captioned case, I hereby consent to be subject to the jurisdiction and rules of this Court to the same extent as if I was fully admitted to practice in this Court.

Respectfully submitted,

*/s/ Monica M. Welt*
Monica M. Welt (DC Bar # 481974)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

2