IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Equal Rights Center )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Trammell Crow Residential )<br>Company )<br>)<br>Defendant. )<br>) | Civil No. 1:07-cv-01231 (PLF) |

### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Plaintiff The Equal Rights Center, by counsel, and pursuant to Rule 83.2 of the Rules Governing Attorney Admission, moves this Court to enter the order tendered herewith entering April Michelle Nelson of the firm Crowell & Moring LLP, 1001 Pennsylvania Avenue NW, Washington, DC 20004, as co-counsel of record for the Plaintiff. In support of this motion, the undersigned submits herewith the Declaration of April M. Nelson (Exhibit 1).

Respectfully submitted,

Dated: July 18, 2007

/s/ Peter B. Work
Peter B. Work (DC Bar # 33654)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500
(202) 628-5116 (fax)

Counsel for Plaintiff The Equal Rights Center

IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **The Equal Rights Center** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Trammell Crow Residential** )<br>**Company** )<br>)<br>Defendant. )<br>) | Civil No. 1:07-cv-01231 (PLF) |

## ORDER

UPON CONSIDERATION of the Motion to Admit Counsel *Pro Hac Vice* of Plaintiff, The Equal Rights Center, and this Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that April M. Nelson of the firm Crowell & Moring LLP, 1001 Pennsylvania Avenue, NW, Washington, DC 2004, shall be and hereby is admitted to practice before this Court in connection with the above-captioned matter as co-counsel for Plaintiff.

Dated:_____       _____

Judge, United States District Court for District of Columbia

Copies to:

Peter B. Work
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500
(202) 628-5116 (fax)
Counsel for Plaintiff The Equal Rights Center

Monica Welt
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500
(202) 628-5116 (fax)
Counsel for Plaintiff The Equal Rights Center

Mr. J. Ronald Terwilliger, CEO
Trammell Crow Residential Company
Two Buckhead Plaza
3050 Peachtree Road, N.W.
Suite 500
Atlanta, GA 30305

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 18th day of July 2007, I caused copies of the foregoing Motion to Admit Counsel *Pro Hac Vice*, Declaration of April M. Nelson, Esq., and Certificate of Service to be delivered via first class mail, postage pre-paid, to the following individual:

Mr. J. Ronald Terwillinger, CEO
Trammell Crow Residential Company
Two Buckhead Plaza
3050 Peachtree Road, N.W.
Suite 500
Atlanta, GA 30305

_____
Tiffany T. Tucker

# EXHIBIT 1

Case 1:07-cv-01231-PLF     Document 3-2     Filed 07/18/2007     Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Equal Rights Center )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Trammell Crow Residential )<br>Company )<br>)<br>Defendant. )<br>) | Civil No. 1:07-cv-01231 (PLF) |

**DECLARATION IN SUPPORT OF MOTION
TO ADMIT APRIL M. NELSON *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules Governing Admission to the Bar of this Court, I hereby declare that:

1. I, April Michelle Nelson, am an associate in the law firm of Crowell & Moring LLP, 1001 Pennsylvania Avenue NW, Washington, DC 20004, which has been retained as counsel for the Plaintiff in this case. My phone number is 202-624-2500.

2. I am licensed to practice law in the state of North Carolina (Bar No. 35478). I was admitted to practice in North Carolina in 2006. I am also licensed to practice law in the District of Columbia. (Bar No. 500488) I was admitted to practice in the District of Columbia in 2007.

3. I am a member in good standing of the District of Columbia Bar and the North Carolina State Bar. I am not now, nor have I ever been, subject to discipline by any bar.

4. Within the past two years, I have been admitted *pro hac vice* in this Court one time. The case number in which I have been admitted is 1:07-cv-01008.

5. I am a member of the District of Columbia Bar. My bar number is 500488.

6. As to all matters arising during or pertaining to the above-captioned case, I hereby consent to be subject to the jurisdiction and rules of this Court to the same extent as if I was fully admitted to practice in this Court.

Respectfully submitted,

*[signature]*
April M. Nelson (DC Bar # 500488)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500