IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------- x
THE EQUAL RIGHTS CENTER,            :
                                    :
                Plaintiff,      :   Case No. 07-CV-1231-PLF
                                    :
            v.                    :   **STIPULATION**
                                    :
TRAMMELL CROW RESIDENTIAL           :
COMPANY,                            :   ECF CASE
                                    :
                Defendant.      :
                                    :
                                    :
---------------------------------------------------------------- x

**LCvR 7.1 Certificate / FRCP 7.1 Statement**


I, the undersigned, counsel of record for Defendant Trammell Crow Residential Company, certify to the best of my knowledge and belief that (1) there are no subsidiaries or affiliates of Trammell Crow Residential Company that have any outstanding securities in the hands of the public, (2) there is no publicly held corporation that owns 10% or more of Trammell Crow Residential Company stock, and (3) Trammell Crow Residential Company has no parent company.

|  | By: /s/<br>S. William Livingston<br>Lanny A. Breuer<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue NW<br>Washington, DC 20004<br>(202) 662-6000<br><br>Michael W. Skojec<br>GALLAGHER EVELIUS & JONES LLP<br>218 North Charles Street, Suite 400<br>Baltimore, Maryland 21210<br><br>*Attorneys for Defendant* |
|---|---|