IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| THE EQUAL RIGHTS CENTER, | : |
| | : |
| Plaintiff, | : Case No. 07-CV-1231-PLF |
| | : |
| v. | : **STIPULATION** |
| | : |
| TRAMMELL CROW RESIDENTIAL COMPANY, | : ECF CASE |
| | : |
| Defendant. | : |

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the time for Defendant Trammell Crow Residential Company to answer, move or otherwise respond to the complaint in the above-captioned action is hereby extended to and including September 17, 2007.

| | |
|---|---|
| By: /s/<br>Peter B. Work<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC  20004<br>(202) 624-2500 | By: /s/<br>S. William Livingston<br>Lanny A. Breuer<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue NW<br>Washington, DC  20004<br>(202) 662-6000<br><br>Michael W. Skojec<br>GALLAGHER EVELIUS & JONES LLP<br>218 North Charles Street, Suite 400<br>Baltimore, Maryland  21210 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| Dated:  August 2, 2007 | Dated:  August 2, 2007 |

SO ORDERED:

_____
U.S.D.J.