IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------- x
THE EQUAL RIGHTS CENTER,                :
                                        :
                 Plaintiff,           :   Case No. 07-CV-1231-PLF
                                        :
              v.                     :
                                        :
TRAMMELL CROW RESIDENTIAL               :
COMPANY,                                :   ECF CASE
                                        :
                 Defendant.           :
                                        :
                                        :
---------------------------------------------------------------- x

## NOTICE OF APPEARANCE

TO NANCY MAYER-WHITTINGTON, CLERK:

You are hereby notified that attorney S. William Livingston of Covington & Burling LLP appears as counsel on behalf of Defendant Trammell Crow Residential Company in the above-entitled action.

|  | Respectfully Submitted,<br><br>  /s/                     <br>S. William Livingston (#59055)<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue NW<br>Washington, DC  20004<br>wlivingston@cov.com<br>202.662.5380 (p)<br>202.778.5380 (f)<br><br>*Attorney for Defendant* |
|---|---|