## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE EQUAL RIGHTS CENTER,** | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No. 07-CV-1231-PLF** |
| **v.** | ) |
| | ) |
| **TRAMMELL CROW RESIDENTIAL** | ) |
| **COMPANY,** | ) |
| | ) **ECF CASE** |
| **Defendant.** | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the time for Defendant Trammell Crow Residential Company to answer, move or otherwise respond to the complaint in the above-captioned action is hereby extended to and including June 17, 2008.

| | |
|---|---|
| By:  /s/ [by permission]_____ | By:  /s/_____ |
| Peter B. Work (DC Bar # 33654) | S. William Livingston (DC Bar # 59055) |
| CROWELL & MORING LLP | COVINGTON & BURLING LLP |
| 1001 Pennsylvania Avenue NW | 1201 Pennsylvania Avenue NW |
| Washington, DC  20004 | Washington, DC  20004 |
| (202) 624-2500 | (202) 662-6000 |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Dated:  March 12, 2008 | |

SO ORDERED:

_____
U.S.D.J.