UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE EQUAL RIGHTS CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRAMMEL CROW RESIDENTIAL COMPANY, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1231 (PLF) |

ORDER

The parties in this matter have filed a consent stipulation for an extension of time for defendants to move or otherwise plead in response to the complaint. The Court will consider the consent stipulation as a consent motion and will grant it. In the future, however, the parties are advised to file a consent motion rather than a consent stipulation when seeking continuances or extensions of time. Accordingly, it is hereby

ORDERED that the parties' consent motion for an extension of time is GRANTED; and it is

FURTHER ORDERED that on or before July 31, 2008, defendant shall file an answer or otherwise respond to the complaint.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 17, 2008