IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE EQUAL RIGHTS CENTER,<br><br>                Plaintiff,<br><br>    v.<br><br>TRAMMELL CROW RESIDENTIAL COMPANY,<br><br>                Defendant. | )<br>)<br>)<br>)<br>) Case No. 07-CV-1231-PLF<br>)<br>)<br>)<br>)<br>) ECF CASE<br>) |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the time for Defendant Trammell Crow Residential Company to answer, move or otherwise respond to the complaint in the above-captioned action is hereby extended to and including September 15, 2008.

| | |
|---|---|
| By: /s/ [by permission]<br>Peter B. Work (DC Bar # 33654)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>(202) 624-2500<br><br><br>*Attorney for Plaintiff*<br><br>Dated: July 28, 2008 | By: /s/<br>S. William Livingston (DC Bar # 59055)<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue NW<br>Washington, DC 20004<br>(202) 662-6000<br><br><br>*Attorney for Defendant* |

SO ORDERED:

_____
U.S.D.J.